UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**SABRINA HODGES,**

  Plaintiff,

v.    No. 4:23-cv-0007-P

**THE UNIVERSITY OF TEXAS
AT ARLINGTON, ET AL.,**

  Defendants.

# FINAL JUDGMENT

This judgment is issued pursuant to Federal Rule of Civil Procedure 58(a). In accordance with the Court's Order dated the same day (ECF No. 42), it is **ORDERED** that this case is **DISMISSED without prejudice**. The Clerk of the Court shall transmit a true copy of this judgment to the parties.

**SO ORDERED** on this **26th day** of **July 2023.**

*[signature]*

MARK T. PITTMAN
UNITED STATES DISTRICT JUDGE